# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Woodstock Sterile Sol | 12/6/2022 | 266500 | Check | $        63,252.15 |
| Akorn Operating Company, LLC | Woodstock Sterile Sol | 2/1/2023 | 267150 | Check | $      229,771.76 |
| Akorn Operating Company, LLC | Woodstock Sterile Sol | 2/1/2023 | 267222 | Check | $        78,986.88 |
| | | | | | $      372,010.79 |