# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WOODSTOCK STERILE SOL,<br><br>Defendant. | Adv. Proc. No. 25-50243 (KBO) |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on July 28, 2025, a copy of the *Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions Directed to Defendants* was served via First Class Mail and E-mail on the parties below:

| *First Class Mail & E-mail* | *First Class Mail* |
|---|---|
| Woodstock Sterile Solutions<br>Attn: Katelin Hall, Controller<br>2210 Lake Shore Drive<br>Woodstock, IL 60098<br>katelin.hall@wssterile.com | Woodstock Sterile Sol<br>c/o CT Corporation System<br>208 LaSalle St., Suite 814<br>Chicago, IL 60604-1101 |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

55965475.1 07/28/2025

SAUL EWING LLP

By: */s/ Paige N. Topper*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

*Counsel to Plaintiff*

Dated: July 28, 2025