IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>WOODSTOCK STERILE SOL,<br><br>Defendant. | Adv. Proc. No. 25-50243 (KBO)<br><br>**Re: Adv. D.I. 1 & 5** |

**STIPULATION TO EXTEND TIME**

In accordance with the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* [Adv. D.I. 5] (the "Procedures Order"), counsel for George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, *et al.* ("Plaintiff"), and counsel for Woodstock Sterile Sol ("Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 13, 2025 [Adv. D.I. 1] (the "Complaint").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2. On June 11, 2025, the Court entered the Procedures Order in this adversary proceeding, which, among other things, allows Plaintiff and Defendant to stipulate to an extension of the deadlines in the Procedures Order without further Court approval. Procedures Order ¶ 47.

3. Pursuant to the Procedures Order, Plaintiff and Defendant hereby stipulate that the deadline to answer or otherwise plead to the Complaint is extended through and including September 15, 2025.

Dated: August 12, 2025

| | |
|---|---|
| **SAUL EWING LLP** | **ALSTON & BIRD LLP** |
| */s/ Paige N. Topper* | */s/ R. Braden Copeland* |
| Evan T. Miller (DE Bar No. 5364) | R. Braden Copeland (GA Bar No. 821153) |
| Paige N. Topper (DE Bar No. 6470) | 1201 West Peachtree Street, Suite 4900 |
| 1201 N. Market Street, Suite 2300 | Atlanta, GA 30309 |
| Wilmington, DE 19801 | Telephone: (404) 881-7000 |
| Telephone: (302) 421-6800 | braden.copeland@alston.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |